UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

UNITED STATES OF AMERICA,

      -against-

JOEL BELTRE,                    NOTICE OF MOTION
                              **11 Cr. 676 (RJS)**
         Defendants.

--------------------------------x

SIRS/MADAMES:

    PLEASE TAKE NOTICE that upon the accompanying affidavit of the

defendant BELTRE, sworn to the 30th day of March, 2012, and all the

proceedings heretofore had herein, the defendant will move this

Court before the Honorable District Judge Richard J. Sullivan, at

the United State Courthouse for the Southern District of New York,

located at 500 Pearl Street, New York, New York, on a date and time

to be fixed by the Court, for an order:

    1.   Pursuant to Fed.R.Crim.P @ 11(d)(2)(B) withdrawing his

guilty plea, and

    2.   Granting such other relief as is just.

Dated:  New York, New York
       March 30, 2012.

                                    Yours, etc.,

                                 B. ALAN SEIDLER, ESQ.
                               Attorney for Defendant
                               580 Broadway
                               New York, New York 10012
                               212-334-3131

To:  CLERK OF THE COURT, ECF
     CHAMBERS HON. RICHARD J. SULLIVAN
        United States District Judge
     Joel Beltre